```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN SCHWEITZER and WILLIAM SCOTT MERO,

                      Plaintiffs,

               v.

JAMES E. NEVELS and THE SWARTHMORE GROUP, INC.,

                      Defendants.

No. 22-cv-06435 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      An initial status conference is scheduled in this matter for Friday, October 14, 2022 at 11:45 a.m. Earlier today, the Court referred this matter to Magistrate Judge Parker for general pretrial. In light of this referral, the initial status conference is hereby adjourned.

SO ORDERED.

Dated:    October 12, 2022
            New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge