**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

STEVEN SCHWEITEZER and WILLIAM
SCOTT MERO,

                              Plaintiffs,

        -against-

JAMES E. NEVELS and THE
SWARTHMORE GROUP, INC.,

                             Defendants.
-----------------------------------------------------------------X

22-CV-6435 (RA) (KHP)

<u>ORDER</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed in the December 5, 2022 case management conference:

       By **December 30, 2022**, the parties shall exchange supplemental initial disclosures, including any shareholder agreements and any information on valuation and mitigation of damages. By **January 6, 2023**, the parties shall file a joint status letter updating the Court on the exchange of documents. The deadline for fact discovery is **June 30, 2023**.

       A Settlement Conference is scheduled on **Thursday, February 16, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 9, 2023 by 5:00 p.m.**

SO ORDERED.

DATED:   New York, New York
         December 5, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge