```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEVEN SCHWEITEZER and WILLIAM
SCOTT MERO,

                              Plaintiffs,                      **22-CV-6435 (RA) (KHP)**

              -against-                     **ORDER CONVERTING**
                                                           **SETTLEMENT CONFERENCE TO**
JAMES E. NEVELS and THE                              **VIDEO PROCEEDING**
SWARTHMORE GROUP, INC.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The settlement conference in this matter previously scheduled for **Thursday, February 16, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

                 **SO ORDERED.**

DATED:      New York, New York
                  February 13, 2023

                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge